IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY W. HOBSON,                              No.  CIV.S-95-0131 LKK DAD PS

     Plaintiff,

  v.                                         <u>FINDINGS AND RECOMMENDATIONS</u>

KENDAL CORNELL, et al.,

     Defendants.

_____/

     As directed by prior order, defendants have filed with the court and served a proper suggestion of death on the record pertaining to the death of plaintiff that complies with the requirements of Federal Rule of Civil Procedure 25(a).  Pursuant to Rule 25, a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record. That time period has now expired, and no motion for substitution has been filed.

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

1

1   These findings and recommendations are submitted to the
2 United States District Judge assigned to the case, pursuant to the
3 provisions of 28 U.S.C. § 636(b)(1).  Within ten days after service
4 of these findings and recommendations, any written objections may be
5 filed with the court.  The document should be captioned "Objections
6 to Magistrate Judge's Findings and Recommendations."  Failure to
7 file objections within the specified time may waive the right to
8 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
9 (9th Cir. 1991).

10 DATED: August 1, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\hobson0131.suggestionofdeath.f&r

2