IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY M. HOBSON,

    Plaintiff,                    No. CIV S-95-0131 LKK DAD PS

    vs.

KENDAL CORNELL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Defendants have filed with the court and served a proper suggestion of death on the record pertaining to the death of plaintiff that complies with the requirements of Federal Rule of Civil Procedure 25(a).

        On August 1, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 1, 2005, are adopted in full; and

2. This action is dismissed.

DATED: September 12, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/hobson0131.jo